IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN ANGEL VASQUEZ-CHAVEZ,

   Petitioner,

v.                                                                                   No. 5:23-cv-0591 KG-JMR
                                                                                  No. 5:20-cr-1390 KG-JMR

UNITED STATES OF AMERICA,

   Respondent.

## ORDER TO ANSWER

This matter is before the Court on Petitioner Esteban Vasquez-Chavez' Motion to Vacate Convictions Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 39) (Motion). Petitioner challenges his federal conviction based on, inter alia, ineffective assistance by counsel. Having reviewed the Motion pursuant to Habeas Corpus Rule 4, the Court determines the claims must be resolved on a full record. The Court will order the United States to respond to the Motion within 60 days of entry of this Order. The answer must address:

1. Whether Petitioner's claims should be dismissed as untimely under 28 U.S.C. § 2255(f); <u>and</u>

2. The merits of each claim, including whether the United States seeks to enforce the plea waiver as to any claim.

IT IS THEREFORE ORDERED that the United States must ANSWER the Motion as set forth above within sixty (60) days of entry of this Order. Petitioner may file an optional reply within thirty (30) days after the answer is filed. Petitioner is reminded that he must address each ground for dismissal in his reply.

_____
UNITED STATES DISTRICT JUDGE